UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                                  Case No. 16-22677-rdd

Loyla O Hulse  AKA Loyla O Viau and              Chapter 7
Stanley Viau
                    Debtors

---

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Rushmore Loan Management Services, LLC

**Property Address**: 53 North Pascack Road, Nanuet, NY 10954

**Last Four Digits of Account Number of Loan**: 7813

**File Date of Loss Mitigation request**: 05/18/16

**Date of Entry of Loss Mitigation Order**: 06/06/16

**Date of Entry of Order Approving Settlement** (*if any*):

**Other Requests for Loss Mitigation in this Case**:

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐    Loan modification

☐    Short sale

☐    Surrender of Property

☐    No Agreement has been reached

X    Other: The debtors converted from a ch 13 to a ch 7 and no longer pursuing the loan modification.

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated:  White Plains, New York
        June 28, 2017                                        /s/Robert D. Drain
                                                             United States Bankruptcy Judge